IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SPIRALOCK CORPORATION, | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | Case No. 2:08-cv-534 |
| | ) | |
| vs. | ) | Judge Marbley |
| | ) | |
| DIGIT GAGING SOLUTIONS, INC., and JEFFREY WALTHER, | ) ) | Magistrate Judge Abel |
| | ) | |
| Defendants/Counter-Plaintiffs | ) | |

**STIPULATED ORDER DISMISSING COMPLAINT AND COUNTER-COMPLAINT WITH PREJUDICE AND WITHOUT COSTS**

Upon Stipulation of the parties hereto, and the Court being otherwise fully advised in the premises; and

IT IS HEREBY ORDERED that the Plaintiff's Complaint and Defendants/Counter-Plaintiffs' Counter-Complaint are withdrawn and dismissed with prejudice and without costs or attorney fees to any party.

This Order disposes of all pending claims and closes the case.

U.S. DISTRICT COURT JUDGE

Approved as to Form and Content and for Entry:

By: /s/Mark W. Peyser  *[Admitted Pro Hac Vice]*
Michigan Bar No. 35473
Attorneys for Plaintiff/Counter-Defendant
Howard & Howard Attorneys PLLC
450 W. Fourth Street
Royal Oak, MI 48067-2557
Telephone: 248-645-1483
Facsimile: 248-645-1568
mpeyser@howardandhoward.com

Dated: September 28, 2009

/s/ Richard B. Reiling
Richard B. Reiling (0066118)
Trial Attorney, Defendants/Counter-Plfs
Law Offices of Richard B. Reiling
5045 N. Main St., Ste. 320 D
Dayton, Ohio 45415
Phone: (937) 278-1183
Fax:   (937) 278-1374
Reilinglaw@aol.com

Dated: September 28, 2009

#563111-v1